FOX ROTHSCHILD LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
Fax: (212) 692-0940
Attorneys for Defendant Maquet, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC<br><br>Plaintiffs,<br><br>-v.-<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY and MAQUET, INC.,<br><br>Defendants. | Case No.: 12-cv-2374(WJM)(mf) |

### NOTICE OF MOTION TO DISMISS BY DEFENDANT MAQUET, INC.

NOW COMES Defendant Maquet, Inc., by and through counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and move this Court for an Order Dismissing counts Two and Three of the Plaintiff's First Amended Complaint for the reasons set forth below:

1.     Count II of the Complaint fails to state a claim upon which relief can be granted because it is barred because of her concurrent claim for benefits under 29 U.S.C. §1132(a)(1)(B).

2.     Count III of the Complaint is preempted by ERISA.

Therefore, for these reasons, as more fully set in the Brief in Support of the Motion to Dismiss submitted on behalf of Defendant Maquet, Inc., Defendant Maquet, Inc., respectfully prays that this Court dismiss Counts II and III of Plaintiff's First Amended Complaint.

NY1 624729v1 01/09/13

Dated: New York, New York
January 18, 2013

        Respectfully submitted,
        FOX ROTHSCHILD LLP

        /s/ Keith R. McMurdy
        _____
        Keith R. McMurdy
        100 Park Avenue, Suite 1500
        New York, New York 10017
        (212) 878-7900
        kmcmurdy@foxrothschild.com
        *Attorneys for Defendant Maquet, Inc.*

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing Notice of Motion, together with the Brief in Support of Motion, was served by through utilization of the electronic filing system of the Clerk of Court, upon all parties and/or their counsel, on this the 18 day of January, 2013.

_____
Keith McMurdy

NY1 624729v1 01/09/13