```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
MONTVALE SURGICAL CENTER, LLC,
et al

          Plaintiffs,              2:12-cv-2374WJM

v.
                                   ORDER OF DISMISSAL
HORIZON BLUE CROSS BLUE SHIELD,
PSE&G,

          Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 9th day of August, 2013

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                              s/William J. Martini
                              _____
                              WILLIAM J. MARTINI, U.S.D.J.